

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable W. L. Edwards
County Attorney
Victoria County
Victoria, Texas

Dear Mr. Edwards:

Opinion No. O-7532
Re: Necessity for the husband to
join his wife in executing
bond in her official capacity
as county clerk.

Your request for an opinion on the above titled sub-
ject matter is as follows:

"The County Clerk-elect of this County is a
married woman living with her husband, who is wil-
ling to sign any and all official bonds, if his
joinder is required. Your opinion is requested as
to the necessity or propriety of his joinder in
such official bonds.

"I have made a search of the decisions but
have been unable to find any case directly in point..
However, on Page 97, Section 81, Speer's Law of
Marital Rights, 3rd Edition, he apparently concludes
that it is not necessary for a husband to join his
wife in making bonds executed by her in her official
capacity."

In the opinion of this department, your questions should
be answered to the effect that it is entirely unnecessary for the
husband to join his wife in the execution of the bond by her.

The text cited by you says:

"There is nothing in our Constitution or
Statutes which in any way prohibits women generally
from holding any elective or appointive public of-
fice. * * *

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"Since under the Constitution in Texas a married woman may hold office, she may of course do all things necessary or incident to the proper exercise of that right, such as making a bond. The general rule forbidding her to contract a liability would no more prevent her making a bond than it would deny her the right to make necessary bonds in the prosecution of suits permitted to her. In each instance the power is an incident to the right conferred, and is necessarily implied, if not expressly required, by the statute demanding bonds."

In 23 Tex. Jur., Page 216, Sec. 180, it is said:

"The wife's bonds executed in the course of legal proceedings to which she is a party, either civil or criminal, of course, binds her personally without regard to her husband's joinder, for this is an incident to her right to litigate or defend in court."

For this pronouncement several cases are cited.

The husband may, however, become surety for his wife upon such official bond and would be liable as such surety precisely as any other surety for any liability of the wife as principal thereon. He is not required to become such surety for she may furnish other sureties at her option.

APPROVED DEC 10 1946

ATTORNEY GENERAL OF TEXAS

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS/LH


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN